IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEIDMAR TRADING LLC | § | |
| | § | |
| Plaintiff, | § | C.A. NO. 4:11-cv-3847 |
| | § | ADMIRALTY |
| VS. | § | Fed. R. Civ. Pro. 9 (h) |
| | § | |
| | § | |
| EMIRATES TRADING AGENCY LLC, | § | |
| EMIRATES STAR PTE. LTD. and | § | |
| STAR MARITIME PTE. LTD. | § | |
| | § | |
| Defendants | § | |

### ORDER AUTHORIZING THE ISSUANCE OF
### PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Having reviewed and considered the Motion for the issuance of a Process of Maritime Attachment and Garnishment of Plaintiff, Heidmar Trading LLC, Plaintiff's Verified Original Complaint, together with the Affidavit of Kevin P. Walters, and finding that the conditions of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure appear to exist, the Court hereby

ORDERS the Clerk to issue Process of Maritime Attachment and Garnishment pursuant to Rule B directing the United States Marshal for the Southern District of Texas to attach and seize in the amount sued for Defendants' goods, chattels, credits and effects, including, but not limited to the M/T EMIRATES STAR, in an amount up to $7,755,003.88, together with interest, costs of suit and attorneys' fees;

ORDERS that during the period of attachment of the M/T EMIRATES STAR, the vessel is permitted to continue cargo operations, both discharging and loading, and to shift berths, always remaining within the Port of Houston, Texas, but at the risk and expense of the vessel's interests; and

ORDERS that the M/T EMIRATES STAR and the goods, chattels, credits and effects belonging to Defendants can be released from seizure without the necessity of further orders of this Court, provided that the Marshal receives written authorization to do so from the attorney who requested the attachment and garnishment, stating that he has conferred with all attorneys representing parties to the litigation, including attorneys for any Intervenors, and they consent to the request for the release, and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the vessel and other property which was attached pursuant to this Order.

In order to afford an opportunity for an expeditious hearing of any objections which might be raised by Defendants, or the Garnishee herein, the Court hereby directs the Marshal to notify Defendants and the Garnishee of the scheduling of a hearing before this Court at the United States Courthouse, 515 Rusk Street, Houston, Texas 77002, to commence at 3:00 p.m. on the 10th day of November, 2011, before the undersigned United States District Judge.

SIGNED at Houston, Texas this 1st day of November, 2011.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE