IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HEIDMAR TRADING LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-11-3847 |
| § | |
| EMIRATES TRADING AGENCY, LLC, § | |
| EMIRATES STAR PTE., LTD. and § | |
| STAR MARITIME PTE., LTD., § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the court is Greatship (India) Limited's ("Greatship") Motion for Leave to Intervene (Doc. 22).

According to the proposed intervening verified complaint, Marine Logistics Solutions (Marsol) LLC ("Marsol") owes Greatship in excess of two million dollars related to two charter-party agreements.[1] Greatship alleges that Marsol and Emirates Trading Agency LLC ("ETA") are alter egos and that ETA and Star Maritime Pte. Ltd. are alter egos. Greatship seeks to intervene in this maritime attachment action in order to secure payment of any potential judgment in its favor.

The court has determined that the original action should be dismissed and, furthermore, finds Greatship's allegations regarding alter ego to be insufficient to establish a prima facie case entitling it to attach the vessel. Therefore, the court **DENIES** Greatship's motion.

---

[1] Doc. 22-1, V. Compl., ¶¶ 7-14.

**SIGNED** in Houston, Texas, this 17th day of November, 2011.

_____
Nancy K. Johnson
United States Magistrate Judge