IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HEIDMAR TRADING LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-11-3847 |
| § | |
| EMIRATES TRADING AGENCY, LLC, § | |
| EMIRATES STAR PTE., LTD. and § | |
| STAR MARITIME PTE., LTD., § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In conformity with the Memorandum Opinion issued this date, this action is **DISMISSED**. Plaintiff's attachment of the M/T EMIRATES STAR is **VACATED** and the vessel is to be released by the U.S. Marshal.

**SIGNED** this 18th day of November, 2011.

Nancy K. Johnson
United States Magistrate Judge